UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  
DOUGLAS LLOYD PHELPS

CASE NO:  3:13-bk-00393-PMG
Chapter 13

{Debtor/s}
_____/

# ORDER GRANTING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

This case came before the Court at a hearing on August 28, 2014, upon the Debtor's Motion To Modify Confirmed Plan, dated December 19, 2013. The Court having noted that an objection to the modification was filed, that all issues raised in the objection are resolved by this Order and/or were resolved at the hearing, and that the Modified Confirmed Plan complies with the provisions of Section 1329 of the United States Bankruptcy Code.

Accordingly:

**IT IS ORDERED :**

The Debtor's Motion To Modify Confirmed Plan is granted, and the Order Confirming Chapter 13 Plan allowing Claims and Directing Distribution is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto. If the Debtor has surrendered collateral in this modification securing a debt to the creditor and the creditor is entitled to file an unsecured deficiency claim, said claim must be filed within 90 days of the date of this order, unless a Motion for Extension of Time is filed for good cause prior to the expiration of the 90 days and granted by this Court.

All other provisions of the Order Confirming Chapter 13 Plan Allowing Claims and Directing Distribution entered by this Court on April 19, 2013 shall remain the same and in full force and effect.

DONE and ORDERED in Jacksonville, Florida, this 6th day of October, 2014

_____
PAUL M. GLENN
United States Bankruptcy Judge

Copies furnished to:
All Interested Parties

Douglas W. Neway, the Chapter 13 Standing Trustee, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

**AMENDED EXHIBIT A**
**CASE NO: 3:13-bk-00393-PMG**
**DOUGLAS LLOYD PHELPS**
**Chapter 13**

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| | TRUSTEE EXPENSES | Priority | As set by U.S. Trustee | | | |
| | LAW OFFICES OF KEITH D COLLIER | Priority | $3,000.00 | $3,000.00 | $2,000.00 | 1 - 1 |
| | | | | | $1,000.00 | 2 - 2 |
| | | | | | $0.00 | 3 - 60 |
| *Claim Notes:* *No claim filed.* | | | | | | |
| | THE CLIFFS GOLF AND COUNTRY CLUB | Secured | $0.00 | $0.00 | $0.00 | |
| *Claim Notes:* *No claim filed. Collateral Surrendered. In Full Satisfaction* | | | | | | |
| 01 | INTERNAL REVENUE SERVICE | Priority | $45,599.61 | $45,599.61 | $0.00 | 1 - 2 |
| | | | | | $525.00 | 3 - 20 |
| | | | | | $2,126.46 | 21 - 37 |
| | | | | | $0.00 | 38 - 60 |
| 01 | INTERNAL REVENUE SERVICE | Unsecured | $2,245.55 | $2,245.55 | ProRata | |
| 02 | HARLEY DAVIDSON CREDIT CORP | Secured | $7,567.21 | $7,970.76 | $100.00 | 1 - 2 |
| | | | | | $431.72 | 3 - 20 |
| | | | | | $0.00 | 21 - 60 |
| 03 | VW CREDIT | Secured | $21,413.53 | $22,555.49 | $100.00 | 1 - 2 |
| | | | | | $1,241.98 | 3 - 20 |
| | | | | | $0.00 | 21 - 60 |
| 04 | AMERICAN STUDENT ASSISTANCE | Unsecured | $10,034.23 | $10,034.23 | ProRata | |
| 05 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $8,121.25 | $8,121.25 | ProRata | |

**AMENDED EXHIBIT A**
**CASE NO: 3:13-bk-00393-PMG**
**DOUGLAS LLOYD PHELPS**
**Chapter 13**

| Claim No. | Creditor | Claim Type | Claim Amount | Amount Allowed | Monthly Payment | Mth |
|---|---|---|---|---|---|---|
| 06 | AMERICAN EXPRESS BANK FSB | Unsecured | $8,390.83 | $8,390.83 | ProRata | |
| 07 | AMERICAN EXPRESS BANK FSB | Unsecured | $20,114.64 | $20,114.64 | ProRata | |
| 08 | ECAST SETTLEMENT CORPORATION | Secured | $711.79 | $731.51 | $0.00 | 1 - 11 |
| | | | | | $40.64 | 12 - 29 |
| | | | | | $0.00 | 30 - 60 |
| 08 | ECAST SETTLEMENT CORPORATION | Unsecured | $158.84 | $158.84 | ProRata | |
| 09 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured | $4,938.18 | $4,938.18 | ProRata | |
| 10 | HENDERSON COUNTY TAX COLLECTOR | Secured | $646.83 | $0.00 | $0.00 | |

**Claim Notes:** *Collateral Surrendered. In Full Satisfaction*

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | WELLS FARGO BANK NA | Secured | $30.09 | $30.09 | $0.00 | 1 - 8 |
| | | | | | $30.90 | 9 - 9 |
| | | | | | $0.00 | 10 - 60 |

**Claim Notes:** *Mortgage Arrearage.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | WELLS FARGO BANK NA | Secured | $72,799.09 | $0.00 | $0.00 | |

**Claim Notes:** *Claim paid outside of plan.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | SYNOVUS BANK | Secured | $0.00 | $0.00 | $0.00 | |

**Claim Notes:** *Collateral Surrendered.*

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | SYNOVUS BANK | Unsecured | $53,424.29 | $53,424.29 | ProRata | |
| 12 | SYNOVUS BANK | Unsecured | $58,276.41 | $0.00 | ProRata | |

**Claim Notes:** *Late Claim.*

### Debtor Payment Schedule

| StartDate | Number of Months | PaymentAmount |
|---|---|---|
| February 22, 2013 | 1 - 8 | $2,445.00 |
| October 22, 2013 | 9 - 19 | $2,488.25 |
| September 22, 2014 | 20 - 60 | $4,055.00 |

Copies to:
Debtor
Keith D. Collier, Esquire
Douglas W. Neway, Trustee
All Interested Parties